**STATE of Missouri, Respondent,**

v.

**Raymond L. WILEY, Appellant.**

**No. WD 53741.**

Missouri Court of Appeals,
Western District.

Submitted Nov. 12, 1997.

Decided Jan. 13, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Wendell G. Jaco, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and SMART, JJ.

### *ORDER*

PER CURIAM.

Raymond L. Wiley appeals his conviction for unlawful use of a weapon in violation of § 571.030, RSMo 1994[1], for attempted kidnapping in violation of § 564.011, and for armed criminal action under § 571.015, for which he was sentenced to one year, two years and five years, respectively. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 30.25(b).

---

1. All statutory references are to Revised Statutes of Missouri 1994, unless otherwise indicated.